**IN THE CHARDON MUNICIPAL**
**GEAUGA COUNTY, OHIO**

| | | |
|---|---|---|
| STATE OF OHIO | * | Case No. 18 CRB 664-A |
| (GEAUGA COUNTY HUMANE SOCIETY) | | 18 CRB 664-B |
| | | |
| Plaintiff, | * | Judge Terri L. Stupica |
| | | |
| v. | * | **EMERGENCY** |
| | | **MOTION TO INTERVENE** |
| BIANCA MARCELLINO | * | **AND MOTION DEMANDING** |
| | | **RETURN OF KAREN MARCELLINO'S** |
| Defendant. | * | **PROPERTY** |

Now comes Karen Marcellino, by and through her attorney, and hereby requests this Court grant her leave to intervene in this case.  She also files this Motion to demand return of her horses, which are currently in possession of the Geauga County Humane Society.

Karen Marcellino purchased the horses and is the titled owner of the horses.  This Court has no jurisdiction or authority to order the forfeiture of property which is not owned by Defendant Bianca Marcellino.

Therefore Karen Marcellino requests this Court, 1) order Geauga County Humane Society to immediately turn possession of her two horses to her; 2) grant her request to intervene in this case.

MICHELA HUTH (Reg. No. 0091353)
PO Box 17
Bolivar, OH 44612
Phone:  330-440-4027
Email:  michelahuth.esq@gmail.com
*Attorney for Karen Marcellino*

**PROOF OF SERVICE**

The undersigned certifies that a true and accurate copy of the Motion has been sent on March 1, 2019, by email to Gregory Sasse at gregory.sasse@gmail.com and Jeffrey Holland at jjholland@hmlawohio.com

MICHELA HUTH (Reg. No. 0091353)