FILED

IN THE CHARDON MUNICIPAL COURT

GEAUGA COUNTY, OHIO

3/4/2019 4:48 PM

Chardon
Municipal Court
Chardon, Ohio

| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| PLAINTIFF, | | CASE NO: 2018 CR B 00664 |
| V. | : | |
| | | JUDGE TERRI L. STUPICA |
| BIANCA M MARCELLINO, | : | |
| DEFENDANT. | : | ORDER |

This matter came on for consideration on March 4, 2019 upon Amended Emergency Motion To Intervene and Motion Demanding Return of Karen Marcellino's Property.

Upon due consideration, the Court finds said Motion not well-taken.

IT IS THEREFORE THE ORDER OF THIS COURT that said Motion is hereby denied.

**TERRI L. STUPICA, JUDGE**

cc: MICHELA HUTH, ATTORNEY FOR KAREN MARCELLINO
J. JEFFREY HOLLAND, SPECIAL PROSECUTOR

## JOURNALIZED

March 4, 2019

CHARDON MUNICIPAL COURT



FILED

IN THE CHARDON MUNICIPAL COURT

GEAUGA COUNTY, OHIO

3/4/2019 4:43 PM

Chardon
Municipal Court
Chardon, Ohio

STATE OF OHIO,
    PLAINTIFF,

V.

BIANCA M MARCELLINO,
    DEFENDANT.

CASE NO:   2018 CR B 00664

JUDGE TERRI L. STUPICA

ORDER

This matter came on for consideration on March 4, 2019 upon Emergency Motion To Intervene and Motion Demanding Return of Karen Marcellino's Property.

Upon due consideration, the Court finds said Motion not well-taken.

IT IS THEREFORE THE ORDER OF THIS COURT that said Motion is hereby denied.

**TERRI L. STUPICA, JUDGE**

cc:   MICHELA HUTH, ATTORNEY FOR KAREN MARCELLINO
      J. JEFFREY HOLLAND, SPECIAL PROSECUTOR



**JOURNALIZED**

March 4, 2019

CHARDON MUNICIPAL COURT

DENYACCEPT
FORMSGEN

FILED

3/4/2019 4:45 PM

Chardon
Municipal Court
Chardon, Ohio

IN THE CHARDON MUNICIPAL COURT

GEAUGA COUNTY, OHIO

STATE OF OHIO, :
    PLAINTIFF,                  CASE NO:    2018 CR B 00664
                                  :
V.                               JUDGE TERRI L. STUPICA
                                  :
BIANCA M MARCELLINO,
    DEFENDANT.             :      ORDER

This matter came on for consideration on March 4, 2019 upon Motion for Leave to Exceed Facsimile Page Limit.

Upon due consideration, the Court finds said Motion well-taken.

IT IS THEREFORE THE ORDER OF THIS COURT that said Motion is hereby granted.

**TERRI L. STUPICA, JUDGE**

cc:    MICHELA HUTH, ATTORNEY FOR KAREN MARCELLINO
        J. JEFFREY HOLLAND, SPECIAL PROSECUTOR

**JOURNALIZED**

March 4, 2019

CHARDON MUNICIPAL COURT